# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:11-CR-104-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SARITA DAVIS GREEN, | ) | |
| _____ | ) | |

This cause comes before the Court upon Defendant's motion to amend the conditions of her pre-trial release. (DE-15). Specifically, Defendant requests that the order setting her conditions of release be amended to allow her to travel for work and medical treatment to the following counties: Lee County, Chatham County, Orange County, Forsyth County and Robeson County. This request is GRANTED IN PART AND DENIED IN PART. To the extent Defendant requests permission to travel to Lee and Orange County for medical treatment, Defendant's request is GRANTED. However, Defendant's request to travel to Chatham, Lee, Robeson and Forsyth County for work purposes is DENIED.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Friday, October 07, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE